IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| WESLEY D. WELLS,<br><br>           Plaintiff,<br><br>   vs.<br><br>TERRIE STEFALO, Montana State Prison, Religious Activities Coordinator, in her individual and official capacity,<br><br>           Defendant. | CV 20-7-H-BMM-JTJ<br><br><br>ORDER |

United States Magistrate Judge John Johnston entered his Findings and Recommendations in this case on January 13, 2021 (Doc. 17). Judge Johnston recommended that Defendants' Amended Petition (Doc. 7) should be DISMISSED for failure to exhaust, and that the Clerk of Court should be directed to enter by separate document a judgment of dismissal. *Id.*

Neither party filed objections to the Findings and Recommendations. The parties have waived the right to de novo review thereof.  28 U.S.C. § 636(b)(1)(C). Absent objection, this Court reviews findings and recommendations for clear error. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United*

*States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000) (citations omitted).  Reviewing

for clear error and finding none,

     **IT IS ORDERED** that Judge Johnston's Findings and Recommendations

(Doc. 17) are **ADOPTED IN FULL**.

1. Defendant Stefalo's motion to dismiss (Doc. 12) as to failure to exhaust

   is **GRANTED**;

2. The motion to dismiss as to the other claims is **DENIED** as moot;

3. The Clerk of Court is directed to close this matter and enter judgment

   pursuant to Rule 58 of the Federal Rules of Civil Procedure; and

4. The Clerk of Court is directed to have the docket reflect that the Court

   certifies pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate

   Procedure that any appeal of this decision would not be taken in good

   faith.

DATED this 1st day of February, 2021.


_____
Brian Morris, Chief District Judge
United States District Court